

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00370-CR

**EX PARTE** Mateo Elias **OLAN**

From the County Court, Kinney County, Texas
Trial Court No. 13171CR
Honorable Todd A. Blomerth, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_____
Velia J. Meza, Justice

---

[1] Senior Judge Todd A. Blomerth signed the order denying the habeas corpus relief at issue in this appeal.